UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dennis O'Connor, <br><br> Plaintiff, <br> v. <br><br> Financial Asset Management Systems, Inc.; and DOES 1-10, inclusive, <br><br> Defendant. | Civil Action No.: CV10-4863 |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Dennis O'Connor ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 9, 2011

Respectfully submitted,

By: /s/ Sergei Lemberg

Sergei Lemberg (SL 6331)
Lemberg & Associates L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 9, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By /s/ Sergei Lemberg

              Sergei Lemberg